☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
California Dept. of Tax & Fee Administration
450 N Street MIC: 104
Sacramento, CA 95814-0104

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.2** **Priority creditor's name and mailing address**
Employment Development Department
P O Box 826880
Sacramento, CA 94280-001

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.3** **Priority creditor's name and mailing address**
Franchise Tax Board
General Counsel Section, MS A-260
P O Box 1720
Rancho Cordova, CA 95741-1720

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ Unknown    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  PRITHVI INVESTMENTS LLC
        Name

Case number (if known)_____

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Taxes

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Total claim: $ Unknown

---

**2.5 Priority creditor's name and mailing address**
Sonoma County Tax Collector
585 Fiscal Drive, Suite 100
Santa Rosa, CA 95403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Tax year 2021

**Basis for the claim:** Taxes

**Last 4 digits of account number** 2 0 0 0

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Total claim: $ 198,306.90

---

**2.6 Priority creditor's name and mailing address**
Sonoma County TOT Program
585 Fiscal Drive, Ste. 100
Santa Rosa, CA 95403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
October 1 - December 31, 2021

**Basis for the claim:** Transient Occupance Tax and BIA

**Last 4 digits of account number** ___ 4 1 2

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Total claim: $ 151,073.13

---

**2.7 Priority creditor's name and mailing address**
Duoa, Luther
300 Stony Point Rd., #191
Santa Rosa, CA 95401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Wages

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Total claim: $ Unknown

---

Case: 22-30259   Doc# 5   Filed: 05/25/22   Entered: 05/25/22 12:38:52   Page 2 of 9

Debtor: PRITHVI INVESTMENTS LLC  
Case number (if known): _____

# Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.8 Priority creditor's name and mailing address**

Bolong, Heather J
627 Ryan Lane
Santa Rosa, CA 95407

Date or dates debt was incurred: _____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ Unknown
Priority amount: $ _____

**2.9 Priority creditor's name and mailing address**

Gomez Prado, Daisy N.
2061 Pinecrest Dr.
Santa Rosa, CA 95407

Date or dates debt was incurred: _____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ Unknown
Priority amount: $ _____

**2.10 Priority creditor's name and mailing address**

Sosa, Fatima Moreno
1712 Sendero Lane
Santa Rosa, CA 95407

Date or dates debt was incurred: _____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: $ Unknown
Priority amount: $ _____

**2.11 Priority creditor's name and mailing address**

Sosa, Daniel
1712 Sendero Lane
Santa Rosa, CA 95407

Date or dates debt was incurred: _____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Wages

Is the claim subject to offset?
☐ No
☒ Yes

Total claim: $ Unknown
Priority amount: $ _____

Case: 22-30259   Doc# 5   Filed: 05/25/22   Entered: 05/25/22 12:38:52   Page 3 of 9

Debtor: **PRITHVI INVESTMENTS LLC**
Case number (if known) _____

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Carabantes, Kendy
1400 Technology Lane
Petaluma, CA 94954

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ Unknown     Priority amount: $ _____

---

**2.13** Priority creditor's name and mailing address

Leduc, Vanessa
1001 Madrone Lane
Petaluma, CA 94952

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ Unknown     Priority amount: $ _____

---

**2.14** Priority creditor's name and mailing address

Hubbell, Darlene
2944 Park Meadow Dr.
Santa Rosa, CA 95407

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ Unknown     Priority amount: $ _____

---

**2.15** Priority creditor's name and mailing address

Lopez, Ruiz, Isabel
380 Flower Ave.
Santa Rosa, CA 95404

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ Unknown     Priority amount: $ _____

Case: 22-30259   Doc# 5   Filed: 05/25/22   Entered: 05/25/22 12:38:52   Page 4 of 9

Debtor  PRITHVI INVESTMENTS LLC          Case number (*if known*)_____
         Name

# Part 1.  Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

**2.16  Priority creditor's name and mailing address**

Lopez, Marisela
1017 Deturk Ave.
Santa Rosa, CA 95404

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown      $_____

---

**2.17  Priority creditor's name and mailing address**

Martinez - Carillo, Maria
632 Gramber Ct.
Santa Rosa, CA 95407

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown      $_____

---

**2.18  Priority creditor's name and mailing address**

Rodriguez, Mayra Maciel
632 Gramber Ct.
Santa Rosa, CA 95407

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown      $_____

---

**2.19  Priority creditor's name and mailing address**

Sosa, Juana
1712 Sendero Ln.
Santa Rosa, CA 95407

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown      $_____

Case: 22-30259   Doc# 5   Filed: 05/25/22   Entered: 05/25/22 12:38:52   Page 5 of 9

Debtor: **PRITHVI INVESTMENTS LLC**
Case number (if known): _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address:
AT&T
208 S. Akard St.
Dallas, TX 75202

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Claim

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

---

**3.2** Nonpriority creditor's name and mailing address:
Choice Hotels International
1 Choice Hotels Circle
Rockville, MD 20850

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Franchise fees

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ 78,236.34

---

**3.3** Nonpriority creditor's name and mailing address:
Comcast
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade claim

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: $ 894.06

---

**3.4** Nonpriority creditor's name and mailing address:
Deep Blue Wireless
433 River St., Suite 4002
Troy, NY 12180

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade claim

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

---

**3.5** Nonpriority creditor's name and mailing address:
Ecolab
370 Wabasha St. N
St. Paul, MN 55102

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade claim

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim: $ Unknown

---

**3.6** Nonpriority creditor's name and mailing address:
HD Supply
3400 Cumberland Blvd. SE
Atlanta, GA 30339

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade claim

Is the claim subject to offset?
☒ No
☐ Yes

Amount of claim: $ Unknown

---

Debtor  __PRITHVI INVESTMENTS LLC__          Case number *(if known)*_____
        Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.7 Nonpriority creditor's name and mailing address
PG&E
P O Box 997300
Sacramento, CA 95899

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Utilities

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 3,235.57

### 3.8 Nonpriority creditor's name and mailing address
Recology Sonoma
3400 Standish Ave.
Santa Rosa, CA 95407

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1,534.90

### 3.9 Nonpriority creditor's name and mailing address
Royal Cup Coffee
160 Cleage Drive
Birmingham, AL 35217

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

### 3.10 Nonpriority creditor's name and mailing address
Sysco
245000 Hwy. 290
Cypress, TX 77429

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 289.09

### 3.11 Nonpriority creditor's name and mailing address
Terminix
860 Ridge Lake Blvd.
Memphis, TN 38120

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade claim

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Unknown

Debtor: PRITHVI INVESTMENTS LLC (Name)    Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12 Nonpriority creditor's name and mailing address**
NFS Leasing Inc.
900 Cummings Center, Ste. 226-U
Beverly, MA 01915

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number  0 3 1 2

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.13 Nonpriority creditor's name and mailing address**
Sonoma County Tas Collector
585 Fiscal Dr., Suite 100
Santa Rosa, CA 95403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Taxes

Date or dates debt was incurred _____
Last 4 digits of account number  2 0 0 0

Is the claim subject to offset?
☐ No
☐ Yes

$ 355,976.14

---

**3.__ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor ___PRITHVI INVESTMENTS LLC___  Case number (*if known*)_____
　　　　　Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 349,380.03 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 440,166.10 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 789,546.13 |