**Fill in this information to identify the case:**

Debtor name: PRITHVI INVESTMENTS LLC

United States Bankruptcy Court for the: Northern District of California
(State)

Case number (If known): 22-30259

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G***. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Bhavesh Patel | 458 33rd Avenue, Street<br>San Francisco, CA 94121 | Poppy Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Reena Patel | 458 33rd Avenue, Street<br>San Francisco, CA 94121 | Poppy Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | BJH Investments | 458 33rd Avenue, Street<br>San Francisco, CA 94121 | Poppy Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Bhavesh Patel | 458 33rd Avenue, Street<br>San Francisco, CA 94121 | Access Point Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Reena Patel | 458 33rd Avenue, Street<br>San Francisco, CA 94121 | Access Point Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Bhavesh Patel | 458 33rd Avenue, Street<br>San Francisco, CA 94121 | Small Bus. Admin. | ☑ D<br>☐ E/F<br>☐ G |

Debtor  PRITHVI INVESTMENTS LLC        Case number (*if known*)_____
        Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| 2.7 | Reena Patel | 458 33rd Avenue, San Francisco, CA 94121 | Small Bus. Admin. | ☑ D / ☐ E/F / ☐ G |
| 2.8 | Bhavesh Patel | 458 33rd Avenue, San Francisco, CA 94121 | NFS Leasing | ☐ D / ☑ E/F / ☑ G |
| 2.9 | Reena Patel | 458 33rd Avenue, San Francisco, CA 94121 | NFS Leasing | ☐ D / ☑ E/F / ☑ G |
| 2.10 | Shivaa Investments | 458 33rd Avenue, San Francisco, CA 94121 | NFS Leasing | ☐ D / ☑ E/F / ☑ G |

Case: 22-30259    Doc# 8    Filed: 05/25/22    Entered: 05/25/22 12:40:22    Page 2 of 2