IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                        §        Chapter 11
                                              §
PRITHVI INVESTMENTS LLC,                      §        Case No. 22-30259
                                              §
        Debtor.                               §

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINES | SHARES (OR PERCENTAGE) | KIND OF INTEREST REGISTERED |
|---|---|---|
| Bhavesh Patel<br>458 33rd Avenue<br>San Francisco, CA 94121 | 50% | Managing member |
| Reena Pate<br>458 33rd Avenue<br>San Francisco, CA 94121 | 50% | |