# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PRITHVI INVESTMENTS, LLC, | § | Case No. 22-30259 |
| | § | |
| Debtor. | § | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Prithvi Investments LLC, a California Limited Liability Corporation, in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007:

  X   None

Dated: 06/08/2022             */s/ Christopher D. Sullivan*
                                          Christopher D. Sullivan