UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PRITHVI INVESTMENTS LLC, a California limited liability company

Debtor(s)

Bankruptcy No.: 22-30259 DM
R.S. No.:
Hearing Date: 09/01/2022
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 05/25/2022  Chapter: 11
    Prior hearings on this obligation: None  Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): All equipment and software financed and described in Schedule 1 to Master Lease Agreement 2021-0312 and related items identified in UCC File No. U210076626625 (CA).

Secured Creditor [ ] or lessor [X]
Fair market value: $ To be determined   Source of value: _____
Contract Balance: $ 392,365.89          Pre-Petition Default: $ 0.00
Monthly Payment: $ 14,532.07            No. of months: 0
Insurance Advance: $ _____            Post-Petition Default: $ 29,064.14 (exclusive of interest, fees, and costs)
                                         No. of months: 2

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $ _____   Source of value: _____   If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $ _____                  Pre-Petition Default: $ _____
As of (date): _____                   No. of months: _____
Mo. payment: $ _____                  Post-Petition Default: $ _____
Notice of Default (date): _____       No. of months: _____
Notice of Trustee's Sale: _____       Advances Senior Liens: $ _____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
| 2nd Trust Deed: _____ | $ _____ | $ _____ | $ _____ |
| _____ | | | |
| _____ | | | |
| _____ | | | |
| (Total) | $ _____ | $ _____ | $ _____ |

(D) Other pertinent information: NFS Leasing seeks stay relief coextensive with any relief granted to Poppy Bank pursuant to its Motion for Stay Relief dated June 13, 2022. If Poppy Bank is granted stay relief to foreclose on the Debtor's hotel property, NFS requests stay relief to exercise its remedies under a lease for personal property located at the Debtor's hotel.

Dated: 08/15/2022

Signature
J.B. Evans
Print or Type Name

Attorney for NFS Leasing, Inc.